UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMEGA BACCUS,                )<br>                                              )<br>            Plaintiff,           )<br>v.                                        )     Civil Action No. 08 0012<br>                                              )<br>UNITED STATES DEPARTMENT )<br>  OF AGRICULTURE,           )<br>                                              )<br>            Defendant.         ) | |

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED. It is further

ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

Date: 11/26/07